UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

David Witherspoon
Attorney at Law
10 Hill Street - Suite 20Y
Newark, NJ 07102
(973) 991-0736
daveslaw321@gmail.com
Counsel for Debtor

In Re:

FRANCHOT PERSUAD,

Debtor.

Case No.: 18-31382 (JKS)

Chapter: 13

Judge: John K. Sherwood

**FILED**
JEANNE A. NAUGHTON, CLERK
JAN 16 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: January 16, 2019

After review of the application of _____Counsel for Debtor_____ for the reduction of time for a hearing on  motion to vacate dismissal _____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 24, 2019_____ at 10:00 a.m. in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey_____, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Cenlar (via Kristina Murtha, Esq., Kivitz McKeever Lee, PC),NJ Housing & Mortgage Finance Agency Progressive Credit Union (via its attorneys, if known)

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Standing Trustee, all other creditors and parties requesting notice

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to parties named in Paragraph 2 above

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*