Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−31382−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 15, 2019
JAN: zlh

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 18-31382-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 15, 2019  
                 Form ID: 148     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.

```
db            +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417
517926444     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517838906     +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517838907     +Cenalr,    PO Box 77404,    Trenton, NJ 08628-6404
517838909     +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
517838911     +Kristina Murtha Esq,    Kivitz McKeever Lee PC,    701 Market St-Ste 5000,
               Philadelphia, PA 19106-1541
517838914     +NJ Housing & Mortgage Finance Agency,    Attn: James Robinson-Legal Dept,    637 S Clinton Ave,
               Trenton, NJ 08611-1811
517838913     +New Jersey Anesthesia,    PO Box 0037,    Florham Park, NJ 07932-0037
517952599     +New Jersey Housing and Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
               Ewing, NJ 08618-1430
517839976     +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517838916     +Progressive Credit Union,    Attn: Platzer, Swergold et al,    475 Park Avenue South,
               18th Floor,    New York, NY 10016-6901
517838917     +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
517838919    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,    Divison o fTaxation,
                 PO Box 245,    Trenton, NJ 08695-0245)
517838920    #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 23:45:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 23:45:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: PRA.COM Jan 16 2019 04:13:00      Orion,    c/o PRA Receivables Management LLC,    POB 41021,
                 Norfolk, VA 23541-1021
517838904      EDI: BANKAMER.COM Jan 16 2019 04:13:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
517838905      EDI: CAPITALONE.COM Jan 16 2019 04:13:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
517903969      EDI: CAPITALONE.COM Jan 16 2019 04:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517838908     +EDI: CHASE.COM Jan 16 2019 04:13:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517838910      EDI: IRS.COM Jan 16 2019 04:13:00      Internal Revenue Serivce,    PO Box 21126,
                 Philadelphia, PA 19114
517838912      EDI: NESF.COM Jan 16 2019 04:13:00      National Enterprice Systems,    29125 Solon Rd,
                 Solon, OH 44139-3442
517838915     +E-mail/Text: solorzanon@pims-inc.com Jan 15 2019 23:45:45      Princeton Pathology Services,
                 PMB 300 ,   Town Center Plaza,    319 Route 130 N Suite 4,    Hightstown, NJ 08520-2735
517838918     +E-mail/Text: bankruptcy@savit.com Jan 15 2019 23:46:20      Sa-Vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517838921     +EDI: VERIZONCOMB.COM Jan 16 2019 04:13:00      Verizon,    PO Box 33078,
                 Saint Petersburg, FL 33733-8078
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Jan 15, 2019
                              Form ID: 148               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:

```
              Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
              David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```