Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31382−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/28/18 and a confirmation hearing on such Plan has been scheduled for 4/11/19.

The debtor filed a Modified Plan on 4/2/19 and a confirmation hearing on the Modified Plan is scheduled for 5/9/19. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 3, 2019
JAN: lc

Jeanne Naughton
Clerk

```
                       United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                           Case No. 18-31382-JKS
Franchot Persaud                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 03, 2019
                                Form ID: 186                Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db             +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417
517838904     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
517926444      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517838906      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
517838907      +Cenalr,    PO Box 77404,    Trenton, NJ 08628-6404
517838908      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517838909      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
517838911      +Kristina Murtha Esq,    Kivitz McKeever Lee PC,    701 Market St-Ste 5000,
                 Philadelphia, PA 19106-1541
517838914      +NJ Housing & Mortgage Finance Agency,    Attn:  James Robinson-Legal Dept,    637 S Clinton Ave,
                 Trenton, NJ 08611-1811
517838912       National Enterprice Systems,    29125 Solon Rd,    Solon, OH 44139-3442
517838913      +New Jersey Anesthesia,    PO Box 0037,    Florham Park, NJ 07932-0037
517952599      +New Jersey Housing and Mortgage Finance Agency,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517839976      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517838916      +Progressive Credit Union,    Attn: Platzer, Swergold et al,    475 Park Avenue South,
                 18th Floor,    New York, NY 10016-6901
517838917      +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
517838919     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of Treasury,    Divison o fTaxation,
                  PO Box 245,    Trenton, NJ 08695-0245)
517838920     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2019 23:41:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2019 23:41:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 23:46:09      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517838905       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 23:45:26
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
517903969       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 23:46:08
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517838910       E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 23:40:34      Internal Revenue Serivce,
                 PO Box 21126,    Philadelphia, PA 19114
517838915      +E-mail/Text: solorzanon@pims-inc.com Apr 03 2019 23:41:34      Princeton Pathology Services,
                 PMB 300 ,   Town Center Plaza,    319 Route 130 N Suite 4,    Hightstown, NJ 08520-2735
517838918      +E-mail/Text: bankruptcy@savit.com Apr 03 2019 23:42:03      Sa-Vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517838921      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 23:39:59
                 Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
                                                                                              TOTAL: 9
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                     Signature: /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Apr 03, 2019
                              Form ID: 186             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              Clifford A. Katz     on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
              David Jerome Witherspoon     on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```