| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| DENISE CARLON, ESQUIRE |
| KML LAW GROUP, P.C. |
| Sentry Office Plz |
| 216 Haddon Ave. |
| Suite 406 |
| Westmont, NJ 08018 |
| (215)627-1322 |
| dcarlon@kmllawgroup.com |
| Attorneys for Secured Creditor |
| New Jersey Housing and Mortgage Finance Agency |

**Order Filed on April 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  18-31382 JKS |
| --- | --- |
| | Adv. No.: |
| Franchot Persaud, | Hearing Date:  3/14/19 @ 8:30 a.m. |
| | |
| Debtor. | Judge:  John K. Sherwood |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: April 3, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:          Franchot Persaud
Case No.:        18-31382 JKS
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                 DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, holder of a mortgage on real property located at 86 Howard Street, Irvington, NJ, 07111, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David Jerome Witherspoon, Esquire, attorney for Debtor, Franchot Persaud, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage claim of Secured Creditor in full through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor will make regular post-petition payments in accordance with the terms of the note, mortgage, and applicable payment change notices; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to the proof of claim and any payment change notices filed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Parts 4d & 7a of the plan referencing a cram down of this lien are hereby stricken; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Parts 4g & 7c of the plan referencing foreclosure counsel are hereby stricken; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31382-JKS
Franchot Persaud                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Apr 03, 2019
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
db            +Franchot Persaud,   86 Howard St,   Irvington, NJ 07111-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
          Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
          David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 6