Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31382−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Franchot Persaud
86 Howard St
Irvington, NJ 07111

Social Security No.:
xxx−xx−4522

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/27/19 at 10:00 AM

to consider and act upon the following:

*49* − Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 6/17/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*51* − Objection to trustee cert.of defautl (related document:49 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 6/17/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David Jerome Witherspoon on behalf of Franchot Persaud. (Witherspoon, David)

Dated: 6/5/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court