| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | **Order Filed on July 29, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:  18-31382 |
| IN RE:<br><br>    FRANCHOT PERSAUD | Judge:  JOHN K. SHERWOOD |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: July 29, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

Page 1 of 2

Debtor(s):  FRANCHOT PERSAUD

Case No.:  18-31382

Caption of Order:   Order Dismissing Petition

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee to dismiss this case and the Court having considered the Chapter 13 Standing Trustee's certification for failure to comply with instructions and good and sufficient cause appearing therefrom for the entry of this Order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

    Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any  administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 18-31382-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Jul 29, 2019  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.  
db　　　　+Franchot Persaud,　86 Howard St,　Irvington, NJ 07111-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:  
    Clifford A. Katz　　on behalf of Creditor　　Progressive Credit Union ckatz@platzerlaw.com  
    David Jerome Witherspoon　　on behalf of Debtor Franchot Persaud daveslaw321@gmail.com, prissycatina@yahoo.com  
    Denise E. Carlon　　on behalf of Creditor　　New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Kevin Gordon McDonald　　on behalf of Creditor　　New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg　　magecf@magtrustee.com  
    U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6