| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>David Witherspoon<br>Attorney At Law<br>10 Hill Street-Suite 20Y<br>Newark, NJ 07102<br>973-991-0736<br>daveslaw321@gmail.com<br>Counsel for Debtor | FILED<br>JEANNE A. NAUGHTON, CLERK<br>AUG 14 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Franchot Persaud | Case No.: 18-31382<br>Chapter: 13<br>Judge: John K Sherwood |

## AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: August 14, 2019

After review of the application of _____Counsel for Debtor_____ for the reduction of time for a hearing on motion to vacate dismissal _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on September 4, 2019 ~~XXXXXXXXXXXXX~~ at 10:00 a.m. in the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. 3D.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Cenlar (via Kristina Murtha, Esq., Kivitz McKeever Lee, PC), NJ Housing & Mortgage Finance Agency (via Kevin G. McDonald, Esq, Kivitz McKeever Lee, PC), Progressive Credit Union (via Clifford A. Katz, Esq., Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP) and all other secured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Standing Trustee, Essex County Sheriff and all unsecured creditors and parties requesting notice

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Chapter 13 Trustee and all parties listed in Paragraph 2 above

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*