UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARIE-ANN GREENBERG ESQ
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840

In Re:

FRANCHOT PERSAUD

Case No.: 18-31382

Chapter: 13

Hearing Date: 9/4/2019 at 10:00am

Judge: JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Based upon a Revised Order to be submitted, the Trustee's Objection to Debtor's Motion to Vacate Dismissal has been settled.

Date: 9/3/2019

/s/ Marie- Ann Greenberg
Signature

*rev.8/1/15*