UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736
Daveslaw321@gmail.com

**Order Filed on September 4,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

**In re:**

**Franchot Persuad**

**Case No.:   18-31382**

**Chapter:   13**

**Hearing Date:**

**Judge:  John K Sherwood**

### ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following page is hereby **ORDERED**.

..........

**DATED: September 4,
2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor having filed a motion to vacate dismissal of case; and the court having

considered any objection filed; and for good cause shown it is

__x__ ORDERED that the motion is granted, and the order dismissing case is vacated effective

on the date of this order.  No action taken during the period this case was dismissed were

subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is

nullified and reset as follows.  Creditors and/or parties in interest have:

1.      until the original deadline fixed by the court to file a complaint to object to the

debtor's discharge or discharge ability of certain debts, or 60 days from the date of this

Order, whichever is later;

2.      until the original deadline fixed by the court to file a proof of claim or required

supplement, or 60 days from the date of this Order, whichever is later; and

3.      until the original deadline fixed by the court to object to exemptions, or 30 days

from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the

debtor must contact the case trustee to schedule a new date for the meeting, and must

provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors

and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has

not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

____ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor

must, within 3 days of the date of this Order, serve all creditors and parties in interest

with a copy of this Order and immediately thereafter filed Local Form *Certification of*

*Service;*

IT IS FURTHER ORDERED, that the trustee is to receive $2,500 with 7 days of the

entry of this Order;

IT IS FURTHER ORDERED, that an updated market analysis must be provided within

14 days of the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31382-JKS
Franchot Persaud                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2019
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db            +Franchot Persaud,   86 Howard St,   Irvington, NJ 07111-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
          Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
          David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7