Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31382−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*79* – Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Certificate of Service # 3 Proposed Order) (Witherspoon, David)

*80* – Objection to Debtor(s) Attorney's Application for Compensation (related document:79 Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Franchot Persaud) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/23/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court