Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 18−31382−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Franchot Persaud
  86 Howard St
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−4522

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/27/20 at 10:00 AM

to consider and act upon the following:

*79* − Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Certificate of Service # 3 Proposed Order) (Witherspoon, David)

*80* − Objection to Debtor(s) Attorney's Application for Compensation (related document:79 Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Franchot Persaud) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 1/23/20

> Jeanne Naughton
> Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-31382-JKS
Franchot Persaud    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 23, 2020
                        Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
db          +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
        Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
        David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com, prissycatina@yahoo.com
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 7