UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Witherspoon
Attorney At Law
10 Hill Street-Suite 20Y
Newark, NJ 07102
973-991-0736

Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Franchot Persaud

Case No.: 18-31382

Chapter: 13

Judge: John K Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 21, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____187.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____187.50_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31382-JKS
Franchot Persaud                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 1              Date Rcvd: Feb 21, 2020
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
db             +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:
      Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
      David Jerome Witherspoon     on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com, prissycatina@yahoo.com
      Denise E. Carlon     on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Marie-Ann  Greenberg     on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 7