David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

# United States Bankruptcy Court

## District of New Jersey

In Re:  Franchot Persuad                }    Case No 18-31382
                                        }    Chapter 13
                                        }    Hearing Date:
                                             CERTIFICATION


**I Franchot Persuad** certifies under penalty of perjury as follows:

1. Recently as of April 2020, I was unable to pay my mortgage and trustee payments due to the Corona Virus

2. I paid for 17 months in my chapter 13 plan.

3. I seek mortgage forbearance from NJ Housing and Mortgage Finance Agency.

4. I have returned to work this month; however, as a cab driver, business is slow.  I expect business to continue to improve as New Jersey and the country open back up.


        /s/ Franchot Persuad

        Franchot Persuad   August 24, 2020