Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−31382−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 13, 2019.

On 8/24/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           September 24, 2020
Time:          08:30 AM
Location:      Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 24, 2020
JAN: rh

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 18-31382-JKS
Franchot Persaud                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 24, 2020
                              Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
```
db             +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417
517838904     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
517926444      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517838906      +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
517838907      +Cenalr,   PO Box 77404,    Trenton, NJ 08628-6404
517838911      +Kristina Murtha Esq,    Kivitz McKeever Lee PC,    701 Market St-Ste 5000,
                 Philadelphia, PA 19106-1541
517838914      +NJ Housing & Mortgage Finance Agency,    Attn: James Robinson-Legal Dept,    637 S Clinton Ave,
                 Trenton, NJ 08611-1811
517838912       National Enterprice Systems,    29125 Solon Rd,    Solon, OH 44139-3442
517838913      +New Jersey Anesthesia,    PO Box 0037,    Florham Park, NJ 07932-0037
517952599      +New Jersey Housing and Mortgage Finance Agency,     c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517839976      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517838916      +Progressive Credit Union,    Attn: Platzer, Swergold et al,    475 Park Avenue South,
                 18th Floor,    New York, NY 10016-6901
517838917      +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
517838919     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,     Department of Treasury,    Divison o fTaxation,
                 PO Box 245,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2020 23:34:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2020 23:34:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2020 23:40:32      Orion,
                 c/o PRA Receivables Management LLC,    POB 41021,    Norfolk, VA 23541-1021
517838905       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2020 23:40:25
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
517903969       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2020 23:40:52
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517838910       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 24 2020 23:33:44      Internal Revenue Serivce,
                 PO Box 21126,    Philadelphia, PA 19114
517838908       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 24 2020 23:40:49      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
517838915      +E-mail/Text: legal@pims-inc.com Aug 24 2020 23:34:25      Princeton Pathology Services,
                 PMB 300 ,    Town Center Plaza,    319 Route 130 N Suite 4,    Hightstown, NJ 08520-2735
517838918      +E-mail/Text: bankruptcy@savit.com Aug 24 2020 23:34:42      Sa-Vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517838921      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 24 2020 23:33:19
                 Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517838909    ##+Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
517838920    ##+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 24, 2020
                              Form ID: 185             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
          Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
          David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Marie-Ann  Greenberg    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```