UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736
Daveslaw321@gmail.com

In re:

**Franchot Persuad**

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-31382

Chapter:   13

Hearing Date:

Judge:  John K Sherwood

**ORDER TO APPROVE SAID COMMISSIONS
FEES AND DISBURSEMENT TO DEBTOR
OF PERSONAL INJURY FUNDS**

The relief set forth on the following pages numbered 1 thru 2 is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Case #        18-31382
Adv. No.
Debtor:    Franchot Persuad

This matter having come before the Court by the debtor's attorney's and there being no objection: it is hereby.

ORDERED that the Law office of Tobin, Kessler, Grenstein, Caruso, Wiener & Konray be allowed all legal fees and costs as per their Statement of disbursement of Settlement Funds.

ORDERED; The debtor Franchot Persuad is allowed disbursement of a total of $19,969.06 funds from his personal injury claim