| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>David Witherspoon<br>Attorney At Law<br>10 Hill Street- Suite 20Y<br>Newark, NJ 07102<br>973-991-0736<br>Daveslaw321@gmail.com | |
| In re:<br><br>**Franchot Persuad** | Case No.:   18-31382<br><br>Chapter:   13<br><br>Hearing Date:<br><br>Judge:  John K Sherwood |

Order Filed on December 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER TO APPROVE SAID COMMISSIONS
FEES AND DISBURSEMENT TO DEBTOR
OF PERSONAL INJURY FUNDS**

The relief set forth on the following pages numbered 1 thru 2 is hereby **ORDERED**.

**DATED: December 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Case #        18-31382
Adv. No.
Debtor:    Franchot Persuad

This matter having come before the Court by the debtor's attorney's and there being no objection: it is hereby.

ORDERED that the Law office of Tobin, Kessler, Grenstein, Caruso, Wiener & Konray be allowed all legal fees and costs as per their Statement of disbursement of Settlement Funds.

ORDERED; The debtor Franchot Persuad is allowed disbursement of a total of $19,969.06 funds from his personal injury claim

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 18-31382-JKS

Franchot Persaud                                                                                   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                            Page 1 of 2
Date Rcvd: Dec 17, 2020                Form ID: pdf903                                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| aty | + Scott P. Kessler, Tobin, Kessler, Greenstein, et. al., 136 Central Avenue, Clark, NJ 07066-1142 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                         Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford A. Katz | on behalf of Creditor Progressive Credit Union ckatz@platzerlaw.com |
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 2 |

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7