UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David Witherspoon
Attorney At Law
10 Hill Street-Suite 20Y
Newark, NJ 07102
973-991-0736

Order Filed on January 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Franchot Persuad

Case No.: 18-31382
Chapter: 13
Judge: John K Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 20, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____1300_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1300_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1293_____ per month for _____33_____ months to allow for payment of the above fee.

*rev.8/1/15*