Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−31382−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/14/21 at 10:00 AM

to consider and act upon the following:

*120* − Creditor's Certification of Default (related document:87 Motion for Relief from Stay re: 86 Howard St, Irvington NJ 07111. Fee Amount $ 181. filed by Creditor New Jersey Housing And Mortgage Finance Agency, Motion for Relief from Co−Debtor Stay of Debra Persaud, 95 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 09/28/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*121* − Certification in Opposition to (related document:120 Creditor's Certification of Default (related document:87 Motion for Relief from Stay re: 86 Howard St, Irvington NJ 07111. Fee Amount $ 181. filed by Creditor New Jersey Housing And Mortgage Finance Agency, Motion for Relief from Co−Debtor Stay of Debra Persaud, 95 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 09/28/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing And Mortgage Finance Agency) filed by David Jerome Witherspoon on behalf of Franchot Persaud. (Witherspoon, David) Modified text on 9/22/2021 (lc).

Dated: 9/22/21

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court