Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−31382−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Franchot Persaud
    86 Howard St
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−4522

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/14/21 at 10:00 AM

to consider and act upon the following:

*120* − Creditor's Certification of Default (related document:87 Motion for Relief from Stay re: 86 Howard St, Irvington NJ 07111. Fee Amount $ 181. filed by Creditor New Jersey Housing And Mortgage Finance Agency, Motion for Relief from Co−Debtor Stay of Debra Persaud, 95 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 09/28/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*121* − Certification in Opposition to (related document:120 Creditor's Certification of Default (related document:87 Motion for Relief from Stay re: 86 Howard St, Irvington NJ 07111. Fee Amount $ 181. filed by Creditor New Jersey Housing And Mortgage Finance Agency, Motion for Relief from Co−Debtor Stay of Debra Persaud, 95 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of New Jersey Housing And Mortgage Finance Agency. Objection deadline is 09/28/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor New Jersey Housing And Mortgage Finance Agency) filed by David Jerome Witherspoon on behalf of Franchot Persaud. (Witherspoon, David) Modified text on 9/22/2021 (lc).

Dated: 9/22/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-31382-JKS
Franchot Persaud                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                      Page 1 of 2
Date Rcvd: Sep 22, 2021                 Form ID: ntchrgbk                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clifford A. Katz | on behalf of Creditor Progressive Credit Union ckatz@platzerlaw.com |
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com  prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 22, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7