UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

In Re:

Franchot Persaud,

Debtor.

| | |
|---|---|
| Case No.: | 18-31382-SLM |
| Chapter: | 13 |
| Hearing Date: | 10/14/2021 |
| Judge: | Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 120)

_____

Date: 10/8/2021         /s/ Denise Carlon
                        Signature

*rev.8/1/15*