UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing and Mortgage Finance Agency

**Order Filed on October 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-31382 JKS

In Re:
    Franchot Persaud

Debtor.

Hearing Date: 10/14/2021 @ 10:00 a.m.

Judge: John K. Sherwood

# ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 21, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Franchot Persaud
Case No: 18-31382 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, New Jersey Housing and Mortgage Finance Agency, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 86 Howard Street, Irvington, NJ, 07111, and it appearing that notice of said certification was properly served upon all parties concerned, and Secured Creditor having reached a resolution of the certification of default with Debtor pursuant to the following terms:

It is **ORDERED, ADJUDGED and DECREED** that as of September 27, 2021 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2021 through October 2021 for a total post-petition default of $18,862.99 (7 @ $1,691.06, 6 @ AO $ 1,070.89, 1 AO @ $1,070.94, less suspense $470.71); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $18,862.99 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that a modified plan is to filed within twenty days of the entry of this order; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2021, directly to Secured Creditor, Cenlar FSB, 425 Phillips Blvd, Ewing, N.J. 08618(Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan and Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-31382-JKS
Franchot Persaud    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Oct 22, 2021    Form ID: pdf903    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| aty | + Scott P. Kessler, Tobin, Kessler, Greenstein, et. al., 136 Central Avenue, Clark, NJ 07066-1142 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clifford A. Katz | on behalf of Creditor Progressive Credit Union ckatz@platzerlaw.com |
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com  prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7