Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31382−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 23, 2020.

On 1/22/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  February 24, 2022
Time:                  08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 24, 2022
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-31382-JKS |
| Franchot Persaud | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: 185 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| aty | + | Scott P. Kessler, Tobin, Kessler, Greenstein, et. al., 136 Central Avenue, Clark, NJ 07066-1142 |
| 517838904 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517926444 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517838907 | + | Cenalr, PO Box 77404, Trenton, NJ 08628-6404 |
| 517838911 | + | Kristina Murtha Esq, Kivitz McKeever Lee PC, 701 Market St-Ste 5000, Philadelphia, PA 19106-1541 |
| 517838914 | + | NJ Housing & Mortgage Finance Agency, Attn: James Robinson-Legal Dept, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 517838913 | + | New Jersey Anesthesia, PO Box 0037, Florham Park, NJ 07932-0037 |
| 517952599 | + | New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517838916 | + | Progressive Credit Union, Attn: Platzer, Swergold et al, 475 Park Avenue South, 18th Floor, New York, NY 10016-6901 |
| 517838917 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 517838919 | | State of New Jersey, Department of Treasury, Divison o fTaxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2022 20:33:19 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 517838905 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:08 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 517903969 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517838906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 20:43:58 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517838910 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2022 20:30:00 | Internal Revenue Serivce, PO Box 21126, Philadelphia, PA 19114 |
| 517838908 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2022 20:33:17 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517838912 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jan 24 2022 20:30:00 | National Enterprice Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 517839976 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2022 20:33:19 | Orion, c/o of PRA Receivables Management, LLC, |

| Recip ID | | | | |
|---|---|---|---|---|
| 517838915 | + | Email/Text: legal@pims-inc.com | Jan 24 2022 20:30:00 | PO Box 41021, Norfolk, VA 23541-1021<br>Princeton Pathology Services, PMB 300, Town Center Plaza, 319 Route 130 N Suite 4, Hightstown, NJ 08520-2735 |
| 517838918 | + | Email/Text: bankruptcy@savit.com | Jan 24 2022 20:31:00 | Sa-Vit Enterprises, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517838921 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2022 20:30:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517838909 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 517838920 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford A. Katz | on behalf of Creditor Progressive Credit Union ckatz@platzerlaw.com |
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7