Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−31382−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 24, 2022.

Dated: February 24, 2022
JAN: zlh

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-31382-JKS

Franchot Persaud  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Feb 24, 2022      Form ID: plncf13      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franchot Persaud, 86 Howard St, Irvington, NJ 07111-3417 |
| aty | + | Scott P. Kessler, Tobin, Kessler, Greenstein, et. al., 136 Central Avenue, Clark, NJ 07066-1142 |
| 517838904 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 517926444 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517838907 | + | Cenalr, PO Box 77404, Trenton, NJ 08628-6404 |
| 517838911 | + | Kristina Murtha Esq, Kivitz McKeever Lee PC, 701 Market St-Ste 5000, Philadelphia, PA 19106-1541 |
| 517838914 | + | NJ Housing & Mortgage Finance Agency, Attn: James Robinson-Legal Dept, 637 S Clinton Ave, Trenton, NJ 08611-1811 |
| 517838913 | + | New Jersey Anesthesia, PO Box 0037, Florham Park, NJ 07932-0037 |
| 517952599 | + | New Jersey Housing and Mortgage Finance Agency, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517838916 | + | Progressive Credit Union, Attn: Platzer, Swergold et al, 475 Park Avenue South, 18th Floor, New York, NY 10016-6901 |
| 517838917 | + | Revenue Recovery Corp, 612 Gay St, Knoxville, TN 37902-1603 |
| 517838919 | | State of New Jersey, Department of Treasury, Divison o fTaxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 24 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 24 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 20:35:08 | Orion, c/o PRA Receivables Management LLC, POB 41021, Norfolk, VA 23541-1021 |
| 517838905 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 20:34:58 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 517903969 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 20:34:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517838906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 20:45:36 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517838910 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 20:32:00 | Internal Revenue Serivce, PO Box 21126, Philadelphia, PA 19114 |
| 517838908 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 20:35:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517838912 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Feb 24 2022 20:32:00 | National Enterprice Systems, 29125 Solon Rd, Solon, OH 44139-3442 |
| 517839976 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 20:35:01 | Orion, c/o of PRA Receivables Management, LLC, |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: plncf13 | Total Noticed: 25 |

| 517838915 | + Email/Text: legal@pims-inc.com | | |
|---|---|---|---|
| | | Feb 24 2022 20:32:00 | PO Box 41021, Norfolk, VA 23541-1021 Princeton Pathology Services, PMB 300, Town Center Plaza, 319 Route 130 N Suite 4, Hightstown, NJ 08520-2735 |
| 517838918 | + Email/Text: bankruptcy@savit.com | | |
| | | Feb 24 2022 20:32:00 | Sa-Vit Enterprises, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 517838921 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Feb 24 2022 20:31:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517838909 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 517838920 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clifford A. Katz | on behalf of Creditor Progressive Credit Union ckatz@platzerlaw.com |
| David Jerome Witherspoon | on behalf of Debtor Franchot Persaud daveslaw321@gmail.com prissycatina@yahoo.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7