

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David Witherspoon
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

Order Filed on March 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Franchot Persaud

Case No.: 18-31382
Chapter: 13
Judge: John K Sherwood

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 4, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherrspoon_____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____700_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*